UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM MCSHO HALL, II,<br><br>PETITIONER,<br><br>V.<br><br>HENNIPEN COUNTY POLICE DEPARTMENT,<br>HENNIPEN COUNTY CIRCUIT COURT, AND<br>MINNESOTA DEPARTMENT OF CORRECTIONS,<br><br>RESPONDENTS. | Civil No. 20-2551 (JRT/HB)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

William Mcsho Hall, II, OID# 184895, MCF Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* petitioner.

Edwin William Stockmeyer, III, Matthew Frank, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** Bremer Tower, Suite 1800, 445 Minnesota Street, St. Paul, MN 55101-2134, for respondents.

United States Magistrate Judge Hildy Bowbeer entered a Report and Recommendation on February 23, 2021.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.   The Report and Recommendation [ECF No. 11] is **ADOPTED**;

2.   This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

3. Petitioner William McSho Hall, II's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 21, 2021
in Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court